# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CATHERINE SCOTT,**<br><br>　　　　　**Plaintiff,**<br><br>**v.**<br><br>**VIRGIN ISLANDS TELEPHONE CORPORATION D/B/A VIYA,**<br><br>　　　　　**Defendant.** | **Case No.: 1:22-cv-00049** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

　　Plaintiff Catherine Scott ("Plaintiff"), and Defendant Virgin Islands Telephone Corporation d/b/a Viya ("Viya") (collectively the "Parties"), through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action be dismissed with prejudice with the parties to bear their respective costs and attorney's fees, as the matter has been amicably and confidentially resolved.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Dated: May 8, 2024 | Dated: May 8, 2024 |
| **CANAAN LAW GROUP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC** |
| By: */s/ Ronald E. Russell*<br>　　Ronald E. Russell, Esq.<br>　　V.I. Bar No. 86<br>　　2155 King Cross Street, Suite 2<br>　　Christiansted<br>　　St. Croix, VI  00820<br>　　Telephone:  (340) 690-0832<br>　　canaanlawgroup@gmail.com | By: */s/ Micol L. Morgan*<br>　　Micol L. Morgan, Esq.<br>　　V.I. Bar No. 602<br>　　The Tunick Bldg., Suite 201<br>　　1336 Beltjen Road<br>　　St. Thomas, VI  00802-4701<br>　　Telephone:  (340) 714-1235<br>　　micol.morgan@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |